KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Road, Suite 230
Scottsdale, Arizona 85251
Telephone: (480) 306-5977
Facsimile: (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiffs,
Christopher Gilbert and Jacqueline Guess

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gilbert and Jacqueline Guess, <br><br> Plaintiffs, <br><br> vs. <br><br> Cawley & Bergmann, LLP; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 3:12-08107-PCT-JAT <br><br> **NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of

1 Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.
2 Civ. P. 41(a) within 60 days.
3
4        RESPECTFULLY SUBMITTED this 23rd day of July, 2012.
5
6
7 LEMBERG & ASSOCIATES, LLC

8  /s/ Kindra Deneau
  KINDRA DENEAU
9
10 Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On July 23, 2012, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on July 23, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Rachel Marin, Esq.<br>Maurice & Needleman, P.C.<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, New Jersey 08822-4672<br>Tel: (908) 905-5070<br>E-Mail: rmarin@mnlawpc.com<br><br>David Melcer, Esq.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, Arizona 85712<br>Tel: (520) 577-1544<br>**Attorneys for Defendants Cawley & Bergmann, LLP** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1 | Executed on July 23, 2012.

 /s/ Allison Bernier
ALLISON BERNIER
Paralegal to Kindra Deneau